IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOGAN LUNDAHL, and HOLLI LUNDAHL, | ) ) ) | 4:16CV3000 |
| Plaintiffs, | ) ) | **MEMORANDUM AND ORDER** |
| V. | ) ) | |
| MEL HOFFMAN, et al., | ) ) | |
| Defendants. | ) | |

Plaintiffs, who are non-prisoners, each filed a Motion for Leave to Proceed in Forma Pauperis. (Filing Nos. 2 and 3.) Upon review of Plaintiffs' Motions, the Court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that: leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in his case will be for the court to conduct an initial review of the claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 1st day of February, 2016.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge