IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | 8:16CV368 |
| v. | ) ) ) | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10, | ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| E.H. NEILSON, | ) ) ) | |
| Plaintiff, | ) | 4:16CV3093 |
| v. | ) ) ) | |
| HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, | ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

LOGAN LUNDAHL, and HOLLI      )
TELFORD,                      )
                             )
            Plaintiffs,       )                    4:15CV3133
                             )
        V.                    )
                             )
STEPHEN DUNN, DUSTIN SMITH, JEFF   )              MEMORANDUM
SEMRAD, DIXIE HUBBARD, JAIME DE    )              AND ORDER
ANDA, ONEIDA COUNTY, US BANK,      )
LAW OFFICES OF MERRILL AND         )
MERRILL, KIMBERLEY JOHNSON,        )
DETECTIVE SCHWARTZ, DOUG           )
WILLIAMS, DAVID NYE, CRAIG         )
CHRISTENSEN, FIRST AMERICAN TITLE  )
INSURANCE COMPANY, B J BROWN,      )
SHARON HESS, DOES 1-10, KEY BANK,  )
LON COLTON, and KENT HIGGINS,      )
                             )
            Defendants.       )


HOLLIE TELFORD, and STEVEN FRITTS,

            Plaintiffs,       )
                             )
                             )                    4:16CV3147
        V.                    )
                             )
UNITED STATES OF AMERICA,     )
MOUNTAIN WEST FARM BUREAU     )                   MEMORANDUM
INSURANCE COMPANY, GEORGE     )                   AND ORDER
POWERS, LAW OFFICE OF SUNDAHL,   )
POWERS, KAPP AND MARTIN, LLC,    )
SUSAN AUKEMA, PAMELA GEE, LEA     )
BONNECAZE, and DOES 1-10,      )

            Defendants.

2

LOGAN LUNDAHL, and HOLLI )
LUNDAHL, )
 )
              Plaintiffs, )                    4:16CV3000
 )
          V. )
 )
MEL HOFFMAN, LOS ANGELES HOME- )               MEMORANDUM
OWNERS AID, INC., LAW OFFICES OF )             AND ORDER
MCKAY, BURTON AND THURMAN, )
JEREMY SINK, WILLIAM THURMAN, )
MARLENE TELFORD, GLENNA )
GOTTFREDSON, WELLS FARGO BANK, )
J. SEMRAD, ED NELSON, KRISTI )
GOULD, and DOES 1-10 INC., )
 )
              Defendants. )
 )


HEIDI BELL, JARED LUNDAHL, LOGAN )
LUNDAHL, BRIGHAM LUNDAHL, H. )
LUNDAHL, and TELFORD-LUNDAHL )
TRUST, dated June 15, 1993 Administered )
from the State of Nebraska, )
 )
              Plaintiffs, )
 )                                             7:16CV5001
          V. )
 )
THE GERALD AND MARY LUNDAHL )
LIVING TRUST, (Now Irrevocable) Dated )        MEMORANDUM
April 19, 2005, MARY ANN HADLEY- )             AND ORDER
LUNDAHL, LAW OFFICES OF BROCK, )
MARTIN & VOORHEES, PC, KENDRA )
MARIE WALKER, and BRIAN DAVID )
HADLEY, )
 )
              Defendants. )
 )

The court acknowledges that it received the documents attached to this order by fax on September 30, 2016.  These documents will not be treated as pleadings in these actions, but rather as correspondence with the court.

DATED this 3rd day of October, 2016.

BY THE COURT:


s/ *Richard G. Kopf*
Senior United States District Judge
and Pro Se Docket Supervisor

4